UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                              ) Case No. _____
                                                   )
                                                   )           EX. D-2
                                                   ) FINANCIAL REVIEW OF DEBTOR'S
                                                   ) ***NON-FARMING/NON-FISHING*** BUSINESS
                                                   ) [File With Statement of Financial Affairs in
                                                   ) Chapter 12/13 Cases If Debtor Earns Any
                                                   ) Income From Operation of a NON-FARMING/NON-FISHING
                                                   ) Sole Proprietorship Business or Debtor or an Insider Owns 20%
Debtor(s)                                          ) or More of a NON-FARMING/NON-FISHING Corporation]

     (NOTE: **ONLY INCLUDE** information directly related to the NON-farming/NON-fishing business operation. This information is to be from the corporate books where necessary.   If an item of Income or Expense does not apply indicate with "N/A.")

**ATTACH COPY OF SCHEDULE C FROM PRIOR YEAR'S TAX RETURN (OR EXPLAIN ABSENCE)**.

**INDICATE ACCOUNTING METHOD USED:**       Cash Basis       Accrual Basis

**BUSINESS NAME, ADDRESS AND PHONE NUMBER:** _____
_____

**NATURE AND STARTING DATE OF BUSINESS AND PERCENTAGE OF OWNERSHIP**: _____
_____

**PROJECTED ANNUAL BUSINESS INCOME:**
  1. Gross Sales or Receipts                                  $_____
  2. Returns and Allowances                                   (_____)
  3. Less Cost of Goods Sold                                  (_____)
  4. Other Income                                              _____
  5. Gross Income                                                                  $_____

**PROJECTED ANNUAL BUSINESS EXPENSES (DO NOT Include Payments Paid Through Plan):**
  6. Advertising                                               _____
  7. Car and Truck Expenses                                    _____
  8. Commissions and Fees                                      _____
  9. Secured Debt Including Interest (attach list)             _____
 10. Employee Benefits (other than on line 14)                 _____
 11. Insurance (other than health)                             _____
 12. Legal and Professional Services                           _____
 13. Office Expenses                                           _____
 14. Pension/Profit-Sharing Plans                              _____
 15. Rent or Leases                                            _____
     a. Vehicles, Machinery, Equipment (attach list)           _____
     b. Other Business Property (attach list)                  _____
 16. Repairs and Maintenance                                   _____
 17. Supplies (if not included in line 3)                      _____
 18. Taxes and Licenses
     a. Payroll Taxes                                          _____
     b. Income/Self-Employment Tax                             _____
     c. Other Taxes/Licenses                                   _____
 19. Travel                                                    _____
 20. Meals and Entertainment                                   _____
 21. Utilities                                                 _____
 22. Wages                                                     _____
 23. Other expenses (list separately): _____   _____
     _____      _____
     _____      _____
 24. Total Expenses                                                                $_____
PROJECTED ANNUAL NET INCOME (line 5 less line 24)                                  $_____
ESTIMATED AVERAGE NET MONTHLY INCOME                                               $_____
(Attach explanation if not same as amount listed on Schedule I for the question "Regular income from operation of business ...")

Exhibit D-2 (10/17/05)