UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) EX. D-2
) FINANCIAL REVIEW OF DEBTOR'S
) ***NON-FARMING/NON-FISHING*** BUSINESS
) [File With Statement of Financial Affairs in
) Chapter 12/13 Cases If Debtor Earns Any
) Income From Operation of a NON-FARMING/NON-FISHING
) Sole Proprietorship Business or Debtor or an Insider Owns 20%
Debtor(s) ) or More of a NON-FARMING/NON-FISHING Corporation]

(NOTE: **ONLY INCLUDE** information directly related to the NON-farming/NON-fishing business operation. This information is to be from the corporate books where necessary.   If an item of Income or Expense does not apply indicate with "N/A.")

**ATTACH COPY OF SCHEDULE C FROM PRIOR YEAR'S TAX RETURN (OR EXPLAIN ABSENCE)**.

**INDICATE ACCOUNTING METHOD USED:**      Cash Basis       Accrual Basis

**BUSINESS NAME, ADDRESS AND PHONE NUMBER:** _____
_____
**NATURE AND STARTING DATE OF BUSINESS AND PERCENTAGE OF OWNERSHIP**: _____
_____

**PROJECTED ANNUAL BUSINESS INCOME:**
  1.  Gross Sales or Receipts                                   $_____
  2.  Returns and Allowances                                    (_____)
  3.  Less Cost of Goods Sold                                   (_____)
  4.  Other Income                                              _____
  5.  Gross Income                                                                             $_____
**PROJECTED ANNUAL BUSINESS EXPENSES (DO NOT Include Payments Paid Through Plan):**
  6.  Advertising                                               _____
  7.  Car and Truck Expenses                                    _____
  8.  Commissions and Fees                                      _____
  9.  Secured Debt Including Interest (attach list)             _____
 10.  Employee Benefits (other than on line 14)                 _____
 11.  Insurance (other than health)                             _____
 12.  Legal and Professional Services                           _____
 13.  Office Expenses                                           _____
 14.  Pension/Profit-Sharing Plans                              _____
 15.  Rent or Leases                                            _____
     a.  Vehicles, Machinery, Equipment (attach list)           _____
     b.  Other Business Property (attach list)                  _____
 16.  Repairs and Maintenance                                   _____
 17.  Supplies (if not included in line 3)                      _____
 18.  Taxes and Licenses
     a.  Payroll Taxes                                          _____
     b.  Income/Self-Employment Tax                             _____
     c.  Other Taxes/Licenses                                   _____
 19.  Travel                                                    _____
 20.  Meals and Entertainment                                   _____
 21.  Utilities                                                 _____
 22.  Wages                                                     _____
 23.  Other expenses (list separately): _____   _____
      _____  _____
      _____  _____
 24.  Total Expenses                                                               $_____
PROJECTED ANNUAL NET INCOME (line 5 less line 24)                                   $_____
ESTIMATED AVERAGE <u>NET MONTHLY</u> INCOME                                         $_____
(Attach explanation if not same as amount listed on Schedule I for the question "Regular income from operation of business ...")

Exhibit D-2 (10/17/05)